IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| OLIVE PLAZA SENIOR HOUSING, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 130487N |
| | ) | |
| v. | ) | |
| | ) | |
| LANE COUNTY ASSESSOR | ) | |
| and DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendants. | ) | **FINAL DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On October 3, 2013, the court sent Plaintiff a letter requesting additional information regarding the processing of its appeal. On October 24, 2013, the court sent Plaintiff a second letter requesting an Authorization to Represent form and clarification of the proper plaintiff in this appeal. On November 12, 2013, the court sent Plaintiff a letter instructing Plaintiff to file an Amended Complaint and Authorization to Represent form within 14 days. The letter advised that failure to comply with the deadline set forth therein would result in dismissal of Plaintiff's appeal.

Plaintiff's deadline has passed and the court has not received Plaintiff's Amended Complaint, Authorization to Represent form or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of December 2013.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on December 2, 2013. The court filed and entered this document on December 2, 2013.*